```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 14263
   ALFREDO RAMOS JR
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-7721


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/03/2008 and was confirmed 09/17/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/14/2009.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
CITIZENS BANK              SECURED VEHIC    4784.03            .00         268.70
COOK COUNTY TREASURER      SECURED          5783.00            .00         688.10
LITTON LOAN SERVICING      CURRENT MORTG     .00               .00            .00
LITTON LOAN SERVICING      MORTGAGE ARRE     .00               .00            .00
SAXON MORTGAGE SERVICES    CURRENT MORTG     .00               .00            .00
SAXON MORTGAGE SERVICES    MORTGAGE ARRE    2704.00            .00            .00
CHASE BANK USA             NOTICE ONLY     NOT FILED           .00            .00
MEDICAL EXPRESS AMBULANC   UNSECURED       NOT FILED           .00            .00
SPRINT NEXTEL              UNSECURED        1461.93            .00            .00
CHASE BANK USA NA          UNSECURED        3718.39            .00            .00
CHASE BANK USA NA          UNSECURED        6467.39            .00            .00
CITY OF CHICAGO WATER DE   UNSECURED       NOT FILED           .00            .00
CREDIT COLLECTION SERVIC   UNSECURED       NOT FILED           .00            .00
COMCAST                    UNSECURED       NOT FILED           .00            .00
CHASE BANK                 NOTICE ONLY     NOT FILED           .00            .00
WELLS FARGO FINANCIAL      NOTICE ONLY     NOT FILED           .00            .00
HSBC                       UNSECURED        3137.56            .00            .00
GE MONEY BANK              UNSECURED         573.64            .00            .00
HSBC BANK                  NOTICE ONLY     NOT FILED           .00            .00
NATIONAL AMERICAN CREDIT   UNSECURED       NOT FILED           .00            .00
HOUSEHOLD FINANCIAL SERV   NOTICE ONLY     NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED        1998.64            .00            .00
UNION PLUS/NALC            UNSECURED       NOT FILED           .00            .00
VERIZON WIRELESS           UNSECURED        1911.97            .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED        6034.40            .00            .00
LITTON LOAN SERVICING      NOTICE ONLY     NOT FILED           .00            .00
SAXON MORTGAGE SERVICES    NOTICE ONLY     NOT FILED           .00            .00
IVAN SMITH                 NOTICE ONLY     NOT FILED           .00            .00
SHENNA NAWROT              NOTICE ONLY     NOT FILED           .00            .00
KONSTANTINE T SPARAGIS     DEBTOR ATTY      .00                               .00
TOM VAUGHN                 TRUSTEE                                          83.20
DEBTOR REFUND              REFUND                                             .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 14263 ALFREDO RAMOS JR
```

```
      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                   1,040.00

PRIORITY                                              .00
SECURED                                            956.80
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                83.20
DEBTOR REFUND                                         .00
                      ---------------      ---------------
TOTALS                    1,040.00            1,040.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


    Dated: 03/05/09                /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE